——— (77 South. 943)

### CAIN v. CITY OF BIRMINGHAM.
#### (6 Div. 364.)

(Court of Appeals of Alabama. Feb. 5, 1918.)

Appeal from Circuit Court, Jefferson County; William E. Fort, Judge.

Rebecca Cain was tried on a charge of violating section 2 of an ordinance of the City of Birmingham, and appeals from the judgment of conviction. Affirmed.

M. M. Ullman, of Birmingham, for appellee.

SAMFORD, J. There is no bill of exceptions in the transcript. We find no error in the record, and the judgment is affirmed.

Affirmed.